UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN J. TATAR,

        Plaintiff,

v.

WACHOVIA BANK, N.A.,

        Defendant.

_____/

CASE NO. 11-11212

HON. MARIANNE O. BATTANI

### ORDER STRIKING PLAINTIFF'S MOTION FOR ADJOURNMENT AND STRIKING PETITION TO SETTLE THE DISPUTE WITH FACTS AND LAW AND ORDER FOR THE FEDERAL OR STATE COMPTROLLER TO SETTLE THE ALLEGED DEBT

    Before the Court are two filings in this action, which were signed by Plaintiff John Tatar rather than his attorney Michael D. Jones. Jones has acted as attorney of record since the complaint was filed on Plaintiff's behalf.

    Rule 11(a) requires that every filed document be signed by the attorney of record or by the party personally, if unrepresented." FED. R. CIV. P. 11(a). Therefore, "any paper submitted to the district court by a represented party must be signed by counsel in order to satisfy the Rule 11 signature requirement." 5A Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 1333 (3d 2004). Plaintiff is not free to pick and choose which pleadings will be filed by his counsel of record and which he will file on his own behalf. Because Tatar is represented, the Court will not entertain *pro se* filings.

    Accordingly, the Court **STRIKES** Petition to Settle the Dispute with Facts and Law and Order for the Federal or State Comptroller to Settle the Alleged Debt (Doc. No. 9), and Motion for Adjournment (Doc. No. 15).

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2011

**CERTIFICATE OF SERVICE**

Copies of this Order were mailed to counsel of record on this date by ordinary mail and electronic filing.

s/Bernadette M. Thebolt
Deputy Clerk